Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
Jim Day (State Bar No. 197158)
jday@fbm.com
Daniel C. Callaway (State Bar No. 262675)
dcallaway@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff OJMAR US, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OJMAR U.S., LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SECURITY PEOPLE, INC., and ASIL GOKCEBAY (a.k.a. BILL GORDON),<br><br>Defendants. | Case No. 16-4948-HSG<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE A CORRECTED PUBLIC VERSION OF THE FIRST AMENDED COMPLAINT<br><br>The Hon. Haywood S. Gilliam<br><br>Trial Date:        None set |

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS Ojmar U.S., LLC's Unopposed Motion for Administrative Relief for Leave to File a Corrected Public Version of the First Amended Complaint.

**IT IS SO ORDERED**

DATED:   November 3, 2016

*[signature]*
HON. HAYWOOD S. GILLIAM JR.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF; Case No. 16-4948-HSG

1

33025\5662128.1