1  Roderick M. Thompson (State Bar No. 96192)
   rthompson@fbm.com
2  Jim Day (State Bar No. 197158)
   jday@fbm.com
3  Daniel C. Callaway (State Bar No. 262675)
   dcallaway@fbm.com
4  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, California 94104
   Telephone: (415) 954-4400
6  Facsimile: (415) 954-4480

7  Attorneys for Plaintiff OJMAR US, LLC

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  OJMAR U.S., LLC,                      Case No. 16-4948-HSG

12              Plaintiff,                **STIPULATION AND ORDER
                                          MODIFYING MOTION TO DISMISS
13       vs.                              BRIEFING SCHEDULE**

14  SECURITY PEOPLE, INC., and ASIL       Hearing Date:  December 29, 2016
    GOKCEBAY (a.k.a. BILL GORDON),        Time:          2:00 p.m.
15                                        Judge:         Hon. Haywood S. Gilliam
              Defendants.                 Courtroom:     10
16

17

18          Pursuant to Local Rule 6-1(b), 6-2, and 7-12, Plaintiff Ojmar U.S., LLC ("Ojmar") and

19  Defendants Security People, Inc. and Asil Gokcebay (herein referred collectively as "SPI") by and

20  through their undersigned counsel, hereby stipulate as follows:

21          **WHEREAS**, on October 13, 2016, Ojmar filed its First Amended Complaint for Antitrust

22  Violations, Unfair Competition, and Related Claims ("First Amended Complaint");

23          **WHEREAS**, on October 31, 2016, SPI filed Defendants Security People, Inc. and Asil

24  Gokcebay's Motion to Dismiss Plaintiff Ojmar U.S., LLC's First Amended Complaint  ("Motion

25  to Dismiss"), which is set for hearing on December 29, 2016 (ECF No. 21);

26          **WHEREAS**, pursuant to Northern District of California Local Rule 7-3, Ojmar has until

27  November 14, 2016 to file a brief in opposition to the Motion to Dismiss, and SPI has until

28  November 21, 2016 to file reply brief to Ojmar's brief in opposition to the Motion to Dismiss;

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER MODIFYING
BRIEFING SCHEDULE / Case No. 16-4948-HSG

1

33025\5673455.1

1      **WHEREAS**, Ojmar requested of SPI an extension of time until November 28, 2016 to

2  have reasonable time to consider and file a brief in opposition to the Motion to Dismiss;

3      **WHEREAS**, SPI requested of Ojmar until December 12, 2016 to file a reply brief to

4  Ojmar's brief in opposition to the Motion to Dismiss;

5      **WHEREAS**, the extended briefing schedule will not disturb the current December 29,

6  2016 hearing date on the Motion to Dismiss;

7      **WHEREAS**, Ojmar and SPI agree to the extensions; and

8      **WHEREAS,** the extension will not alter any event or deadline already fixed by Court

9  order;

10      **ACCORDINGLY**, with the Court's permission, the parties agree that the remaining

11  briefing schedule for the Motion to Dismiss should be changed to:

12      **November 28, 2016**: deadline for Ojmar to file a brief in opposition to Motion to Dismiss;

13      **December 12, 2016**: deadline for SPI to file a reply brief to Ojmar' brief in opposition to

14  the Motion to Dismiss;

15      **December 29, 2016**: Motion to Dismiss filed by SPI is currently noticed to be heard on

16  this date.

17  IT IS SO STIPULATED.

18  / / /

19  / / /

20  / / /

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER MODIFYING
BRIEFING SCHEDULE / Case No. 16-4948-HSG

2

33025\5673455.1

1  DATED:  November 8, 2016          FARELLA BRAUN + MARTEL LLP

2

3                                    By:      */s/ Daniel C. Callaway*

4                                        Roderick M. Thompson (State Bar No. 96192)
                                         rthompson@fbm.com
                                         Jim Day (State Bar No. 197158)
5                                        jday@fbm.com
                                         Daniel C. Callaway (CA SBN 262675)
6                                        dcallaway@fbm.com

7                                        Farella Braun + Martel LLP
                                         235 Montgomery Street, 17th Floor
8                                        San Francisco, CA 94104
                                         Telephone: (415) 954-4400
9                                        Facsimile: (415) 954-4480
                                         Attorneys for Plaintiff OJMAR US, LLC

10

11                                   GOODWIN PROCTER LLP

12                                        */s/ Forrest A. Hainline III*

13                                       Forrest A. Hainline III
                                         fhainline@goodwinlaw.com
14                                       David J. Zimmer
                                         dzimmer@goodwinlaw.com
15                                       GOODWIN PROCTER LLP
                                         Three Embarcadero Center
16                                       24th Floor
                                         San Francisco, California 94111
17                                       Tel.: +1 415 733 6000
                                         Fax.: +1 415 677 9041
18                                       Attorneys for SECURITY PEOPLE, INC., and
                                         ASIL GOKCEBAY

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER MODIFYING
BRIEFING SCHEDULE / Case No. 16-4948-HSG                    3                         33025\5673455.1

## <u>FILER'S ATTESTATION</u>

In compliance with Civil L.R. Rule 5-1, I hereby attest that all parties have concurred in the filing of this Stipulation and (Proposed) Order.

Dated:  November 8, 2016                     */s/ Daniel C. Callaway*
                                                      Daniel C. Callaway

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER MODIFYING
BRIEFING SCHEDULE / Case No. 16-4948-HSG                4                33025\5673455.1

## ORDER

In accordance with a stipulation between the parties, IT IS ORDERED that the schedule in this case be amended as follows:

There being a showing of good cause based on the parties' stipulation, the briefing schedule regarding Defendants Security People, Inc. and Asil Gokcebay's Motion to Dismiss Plaintiff Ojmar U.S., LLC's First Amended Complaint is set forth below:

1) Ojmar's Opposition Brief is due on November 28, 2016;

2) SPI's Reply Brief is due on December 12, 2016;

3) A hearing shall be heard on December 29, 2016.


DATED:  November 10, 2016 _____                 *Haywood S. Gill Jr.*

The Honorable Haywood S. Gilliam Jr.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER MODIFYING
BRIEFING SCHEDULE / Case No. 16-4948-HSG

5

33025\5673455.1