Forrest A. Hainline III (SBN 64166)
*fhainline@goodwinlaw.com*
David J. Zimmer (SBN 272830)
*dzimmer@goodwinlaw.com*
Shauna E. Woods (SBN 300339)
*swoods@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
24th Floor
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Attorneys for SECURITY PEOPLE, INC., and ASIL GOKCEBAY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OJMAR U.S., LLC,<br><br>Plaintiff,<br><br>v.<br><br>SECURITY PEOPLE, INC., and ASIL GOKCEBAY (a.k.a. BILL GORDON),<br><br>Defendants. | Case No. 16-4948-HSG<br><br>**ORDER GRANTING STIPULATION CONTINUING MOTION TO DISMISS HEARING DATE**<br><br>Noticed Date:  December 29, 2016<br>Proposed Date:  January 26, 2017<br><br>Time:           2:00 PM<br>Courtroom:   10<br>Judge:          The Hon. Haywood S. Gilliam<br><br>Trial Date:    None Set. |

[PROPOSED] ORDER
CASE NO. 3:16-cv-04948-HSG

**ORDER**

Upon consideration of the joint stipulation continuing the Motion to Dismiss hearing date, it is HEREBY ORDERED that the hearing of the Defendants' Motion to Dismiss is continued to January 26, 2017.  The briefing schedule will not be continued.

**IT IS SO ORDERED.**

Dated:  December 1, 2016

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE