Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
Jim Day (State Bar No. 197158)
jday@fbm.com
Daniel C. Callaway (State Bar No. 262675)
dcallaway@fbm.com
Nadia C. Arid (State Bar No. 312626)
narid@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff OJMAR US, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OJMAR U.S., LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>SECURITY PEOPLE, INC., and ASIL GOKCEBAY (a.k.a. BILL GORDON),<br><br>    Defendants. | Case No. 16-4948-HSG<br><br>**ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO SCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>The Hon. Haywood S. Gilliam<br><br>Trial Date:       None set |

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS the Joint Motion for Administrative Relief to Schedule Initial Case Management Conference and sets the initial Case Management Conference for 2 p.m. on January 26, 2017.

**IT IS SO ORDERED**

DATED: January 18, 2017

_____
HON. HAYWOOD S. GILLIAM JR.

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO SCHEDULE INITIAL CASE MANAGEMENT CONFERENCE; Case No. 16-4948-HSG

1

33025\5801447.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400