UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OJMAR US, LLC,

        Plaintiff,

   v.

SECURITY PEOPLE, INC., et al.,

        Defendants.

Case No. 16-cv-04948-HSG

**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION AND SETTING SCHEDULE**

Re: Dkt. No. 62

On February 15, 2017, Plaintiff Ojmar U.S., LLC filed an administrative motion requesting that the Court set a case management schedule. Dkt. No. 62. Defendants Security People, Inc. and Asil Gokcebay neither opposed nor joined Plaintiff's administrative motion. Dkt. No. 64. Having reviewed Plaintiff's motion and the proposed schedule therein, the Court **DENIES** the motion and instead **SETS** the following schedule pursuant to Federal Rule of Civil Procedure 16(b):

| Litigation Event | Deadline |
| --- | --- |
| Fact Discovery Cutoff | June 26, 2017 |
| Exchange Opening Expert Reports | July 11, 2017 |
| Exchange Rebuttal Expert Reports | August 25, 2017 |
| Expert Discovery Cutoff | September 11, 2017 |
| Dispositive Motion Hearing Deadline | September 28, 2017, at 2:00 p.m. |
| Pretrial Conference | January 2, 2018, at 3:00 p.m. |
| Jury Trial (7 days) | January 16, 2018, at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: 2/21/2017

                              HAYWOOD S. GILLIAM, JR.
                              United States District Judge