Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OJMARus LLC,
    Plaintiff(s),

v.

Security People, et al.,
    Defendant(s).

Case No: 16-cv-04948

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, Douglas A. Donnell, an active member in good standing of the bar of Michigan, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff in the above-entitled action. My local co-counsel in this case is James L. Day, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
900 Monroe, NW
Grand Rapids, MI 49503

MY TELEPHONE # OF RECORD: (616) 632-8000

MY EMAIL ADDRESS OF RECORD: DDonnell@mikameyers.com

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 954-4400

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: jday@FBM.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: P33187.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3-13-17

/s/ D. Donnell
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Douglas A. Donnell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/14/2017

/s/ Haywood S. Gilliam Jr.
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER          October 2012

02122250

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

*Providing quality service in the support of justice.*

| | | | |
|---|---|---|---|
| *399 Federal Bldg.* | *107 Federal Bldg.* | *113 Federal Bldg.* | *314 Federal Bldg.* |
| *110 Michigan St., NW* | *410 W Michigan Ave.* | *315 W Allegan St.* | *202 W Washington St.* |
| *Grand Rapids, MI 49503* | *Kalamazoo, MI 49007* | *Lansing, MI 48933* | *Marquette, MI 49855* |
| *(616) 456-2381* | *(269) 337-5706* | *(517) 377-1559* | *(906) 226-2021* |

# CERTIFICATE OF GOOD STANDING

I, Thomas L. Dorwin, Clerk of the United States District Court

for the Western District of Michigan, do hereby certify that

## DOUGLAS A. DONNELL

was duly admitted to practice in said Court on December 16, 1981

and is in good standing as a member of the bar of said Court.

Thomas L. Dorwin, Clerk of Court

Dated at Grand Rapids,
Michigan, on March 13, 2017

By: _____
Deputy Clerk