# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OJMAR U.S., LLC,<br><br>Plaintiff,<br><br>v.<br><br>SECURITY PEOPLE, INC., and ASIL GOKCEBAY (a.k.a. BILL GORDON),<br><br>Defendants. | Case No. 16-4948-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO ALLOW ADDITIONAL DISCOVERY**<br><br>Courtroom: 2 – 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Trial Date: January 16, 2018 |

**ORDER**

Upon consideration of the joint stipulation to allow additional discovery, it is HEREBY ORDERED that the parties conduct the additional discovery outlined in the stipulation by July 31, 2017. The schedule set by the Court (Dkt. 65) is not otherwise altered and will not be continued.

**IT IS SO ORDERED.**

July 3, 2017
DATED

HON. HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE

ACTIVE/91764923.1

ORDER TO ALLOW ADDITIONAL DISCOVERY        CASE NO. 16-4948-HSG