UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OJMAR US, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SECURITY PEOPLE, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-04948-HSG (MEJ)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 95 |

Pending before the Court is a joint discovery letter brief filed by the parties. Jt. Ltr. Br., Dkt. No. 95. The Court has addressed the factual background of this action and applicable legal standards in earlier orders (*see* Dkt. Nos. 66, 78, 83, 84), and does not repeat those discussions here. Having considered the parties' positions, the relevant legal authority, and the record in this case, the Court orders the following:

Interrogatories 1-3 are overbroad and unduly burdensome to the extent they ask Defendants to identify "any and all facts, documents and/or witnesses that support or contradict each identified defense." Defendants shall otherwise respond to Interrogatories 1-3 by identifying the defense(s) they intend to offer and the facts Defendants contend support those defenses.

Defendants shall identify the specific records they have produced from which Plaintiff can derive the information requested in Interrogatories 8 and 9.

Defendants shall provide these responses within two weeks of the date of this Order.

**IT IS SO ORDERED.**

Dated: July 7, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge