UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OJMAR US, LLC,

        Plaintiff,

    v.

SECURITY PEOPLE, INC., et al.,

        Defendants.

Case No. 16-cv-04948-HSG

**ORDER DENYING PLAINTIFF OJMAR U.S., LLC'S MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER**

Re: Dkt. No. 88

On June 12, 2017, Magistrate Judge Maria Elena-James issued a discovery order, Dkt. No. 83, resolving the parties' joint letter brief, Dkt. No. 75-4. On June 15, 2017, Plaintiff Ojmar U.S., LLC ("Ojmar") filed a motion for relief from one aspect of Judge James' order. *See* Dkt. No. 88 at 3–5 (objecting to the order insofar as it limited discovery from attorney Frear Stephen Schmid to the time period prior to service of the complaint in the '180 patent case). Plaintiff's motion is unopposed and pending before the Court. Having carefully reviewed the relevant papers and legal authorities, the Court finds Judge James' order to be well-reasoned and thorough. The Court affirms the non-dispositive order because it is not "clearly erroneous or contrary to law." *See Grimes v. City & County of San Francisco*, 951 F.2d 236, 240 (9th Cir. 1991). Accordingly, the Court **DENIES** Ojmar's motion for relief from Judge James' non-dispositive pretrial order.[1]

    **IT IS SO ORDERED.**

Dated: 7/10/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] The Court finds this matter suitable for disposition without a hearing. *See* Civil L.R. 72-2 ("Unless otherwise ordered by the assigned District Judge, . . . no hearing will be held concerning the motion.")