Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
James L. Day (State Bar No. 197158)
jday@fbm.com
Daniel C. Callaway (State Bar No. 262675)
dcallaway@fbm.com
Nadia C. Arid (State Bar No. 312626)
narid@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
OJMAR U.S., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| OJMAR U.S., LLC, | Case No. 4:16-cv-04948-HSG (MEJ) |
|---|---|
| Plaintiff, | **ORDER RE DEADLINES FOR EXPERT DISCOVERY** |
| vs. | |
| SECURITY PEOPLE, INC., and ASIL GOKCEBAY (a.k.a. BILL GORDON), | |
| Defendants. | |

The Court, having fully considered the stipulation submitted by the parties, and good cause having been shown, hereby sets the following deadlines regarding expert discovery:

| **Litigation Event** | **Deadline** |
|---|---|
| Plaintiff to Serve Opening Expert Report of Dr. Justin Lenzo | July 18, 2017 |
| Defendants to Serve Rebuttal Report of Stephen D. Prowse | September 8, 2017 |
| Deadline for Plaintiff to depose Stephen D. Prowse | September 18, 2017 |

33025\6097718.1

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2 | DATED: July 11, 2017

3 | HON. HAYWOOD S. GILLIAM JR.