FORREST A. HAINLINE III (SBN 64166)
*fhainline@goodwinlaw.com*
DAVID J. ZIMMER (SBN 272830)
*dzimmer@goodwinlaw.com*
ZUZANNA V. GRUCA (SBN 314872)
*zgruca@goodwinlaw.com*
**GOODWIN PROCTER** LLP
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

SHAUNA E. WOODS (SBN 300339)
*swoods@goodwinlaw.com*
**GOODWIN PROCTER** LLP
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendants
SECURITY PEOPLE, INC. and ASIL GOKCEBAY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| OJMAR U.S., LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SECURITY PEOPLE, INC., and ASIL GOKCEBAY (a.k.a. BILL GORDON),<br><br>　　　　Defendants. | Case No. 4:16-cv-04948-HSG<br><br>**ORDER MOVING SCHEDULING CONFERENCE**<br><br>Courtroom:　2 – 4th Floor<br>Judge:　　　Hon. Haywood S. Gilliam, Jr.<br><br>Trial Date:　January 16, 2018 |

**ORDER**

Upon consideration of the joint stipulation to move the scheduling conference, it is HEREBY ORDERED that the parties appear for a telephonic scheduling conference on Monday August 7, 2017 at 11:00 a.m.  The briefing scheduled will not be continued.

**IT IS SO ORDERED.**

_____8/4/2017_____

DATED

_Haywood S. Gill Jr._

HON. HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE