UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OJMAR US, LLC,

        Plaintiff,

v.

SECURITY PEOPLE, INC., et al.,

        Defendants.

Case No. 16-cv-04948-HSG

**ORDER SETTING MODIFIED CASE SCHEDULE**

Finding that there is good cause to modify the case schedule, the Court hereby **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10:

| Litigation Event | Deadline |
| --- | --- |
| Second Amended Complaint Filing Deadline | August 30, 2017 |
| Motion to Dismiss Filing Deadline | September 20, 2017 |
| Motion to Dismiss Hearing Deadline | October 26, 2017, at 2:00 p.m. |
| Exchange Rebuttal Expert Reports | November 28, 2017 |
| Expert Discovery Cutoff | December 15, 2017 |
| Dispositive Motion Filing Deadline | January 11, 2018 |
| Dispositive Motion Hearing Deadline | February 15, 2018, at 2:00 p.m. |
| Pretrial Conference | June 12, 2018, at 3:00 p.m. |
| Jury Trial (7 days) | June 25, 2018, at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause.

The parties are directed to review and comply with the Court's standing orders.[1]

**IT IS SO ORDERED.**

Dated: 8/8/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] This order **TERMINATES** the parties' stipulation with proposed order.  See Dkt. No. 103.