UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OJMAR US, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SECURITY PEOPLE, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-04948-HSG<br><br>**ORDER GRANTING DEFENDANTS' RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 135 |

Pending before the Court is Defendants' renewed administrative motion to file under seal documents associated with Plaintiff's opposition to Defendants' motion to dismiss Plaintiff's second amended complaint. Dkt. No. 135 ("Mot.") at 1. In its order of November 29, 2017, the Court denied in part Plaintiff's unopposed motion to seal, finding that Plaintiff's sealing request was not narrowly tailored as applied to three confidential business agreements. *See* Dkt. No. 134 at 3–4.[1] As the party claiming confidentiality, Defendants have resubmitted this request, and complied with the Court's prior order. *See id.*; Mot. at 1. The Court finds that the versions of the documents now sought to be sealed are narrowly tailored and contain confidential business information. *See id.*; *In re Qualcomm Litig.*, No. 3:17-CV-0108-GPC-MDD, 2017 WL 5176922, at *2 (S.D. Cal. Nov. 8, 2017). The Court therefore **GRANTS** Defendants' renewed administrative motion to seal.

    **IT IS SO ORDERED.**

Dated: 12/1/2017

                                                      */s/ Haywood S. Gilliam, Jr.*
                                                      HAYWOOD S. GILLIAM, JR.
                                                      United States District Judge

---

[1] The Court detailed the applicable legal standards in its prior sealing order, and incorporates that analysis here.