UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OJMAR U.S., LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>SECURITY PEOPLE, INC., and ASIL GOKCEBAY (a.k.a. BILL GORDON), et al.,<br><br>Defendant(s). | Case No: 4:16-cv-04948-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, P. Gavin Eastgate, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice **pro hac vice** in the Northern District of California representing: Security People, Inc., and Asil Gokcebay in the above-entitled action. My local co-counsel in this case is Michael D. Kanach, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Gordon Rees Scully Mansukhani, LLP<br>707 Grant Street, Suite 3800<br>Pittsburgh, PA 15219 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Gordon Rees Scully Mansukhani, LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>412-995-5230 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415-875-3211 |
| MY EMAIL ADDRESS OF RECORD:<br>geastgate@grsm.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mkanach@grsm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: PA 86061.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: March 2, 2018

*[signature]*
APPLICANT
P. Gavin Eastgate

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of P. Gavin Eastgate is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance **pro hac vice**. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 5, 2018

*[signature]*
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE
District Judge Haywood S. Gilliam, Jr.

*PRO HAC VICE* APPLICATION & ORDER                                           *October 2012*

American LegalNet, Inc.
www.FormsWorkFlow.com



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Paul Gavin Eastgate, Esq.*

DATE OF ADMISSION

*November 2, 2000*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: November 2, 2017

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk