Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
Jim Day (State Bar No. 197158)
jday@fbm.com
Daniel C. Callaway (State Bar No. 262675)
dcallaway@fbm.com
Nadia C. Arid (State Bar No. 312626)
narid@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Douglas A. Donnell (Michigan Bar No. P33187)
*Admitted Pro Hac Vice*
ddonnell@mikameyers.com
Mika Meyers, PLC
900 Monroe, NW
Grand Rapids, MI 49503
Telephone: (616) 632-8000
Facsimile: (616) 632-8035

Attorneys for Plaintiff OJMAR US, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OJMAR U.S., LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>SECURITY PEOPLE, INC., and ASIL GOKCEBAY (a.k.a. BILL GORDON),<br><br>   Defendants. | Case No. 16-4948-HSG<br><br>**REQUEST FOR TELEPHONIC APPEARANACE AT THE UPCOMING MOTION HEARING AND ORDER**<br><br>Date:  April 5, 2018<br>Time:  2:00 pm<br>Courtroom:  2 – 4th Floor<br>Judge:  Hon. Haywood S. Gilliam, Jr.<br><br>Trial Date:  June 25, 2018 |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

REQUEST FOR TELEPHONIC APPEARANACE AT THE UPCOMING MOTION HEARING AND ORDER

33025\6592307.1

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiff Ojmar US, LLC ("Plaintiff") respectfully requests that this Court grant permission for counsel of record Douglas A. Donnell of Mika Meyers, PLC, counsel for Plaintiff, to appear by telephone for the hearing scheduled for April 5, 2018 at 2:00 p.m. In support of this request, undersigned counsel represents that (1) counsel for Defendants Security People, Inc. and Asil Gokcebay were consulted and have no opposition to this request; (2) Plaintiff will also be represented at the hearing by Plaintiff's counsel appearing in-person from Farella Braun + Martel LLP; and (3) Mr. Donnell seeks to appear for this hearing by telephone because he is located in Grand Rapids, Michigan.

WHEREFORE, Plaintiff respectfully requests leave of Court for Plaintiff's counsel of record Douglas A. Donnell of Mika Meyers, PLC to appear by telephone for the hearing scheduled for April 5, 2018 at 2:00 p.m.

Dated: April 2, 2018   FARELLA BRAUN + MARTEL LLP

By: _/s/ Daniel C. Callaway_
Daniel C. Callaway

Attorneys for Plaintiff OJMAR US, LLC

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

REQUEST FOR TELEPHONIC APPEARANACE AT THE UPCOMING MOTION HEARING AND ORDER

2

33025\6592307.1

**ORDER FOR PLAINTIFF'S COUNSEL TO APPEAR BY TELEPHONE**

Plaintiff Ojmar US, LLC's request for Plaintiff's counsel of record Douglas A. Donnell of Mika Meyers, PLC to appear by telephone for the hearing scheduled for April 5, 2018 at 2:00 p.m. is hereby GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

DATED: April 3, 2018

Haywood S. Gilliam, Jr.
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400