UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OJMAR US, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SECURITY PEOPLE, INC., et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-04948-HSG<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT PROCEEDINGS** |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Sallie Kim for a settlement conference.

The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Kim.

**IT IS SO ORDERED.**

Dated: 4/5/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge