Forrest A. Hainline III (SBN 64166)
*fhainline@goodwinlaw.com*
Zuzanna V. Gruca (SBN 314872)
*zgruca@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax.: +1 415 677 9041

Shauna E. Woods (SBN 300339)
*swoods@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

David J. Zimmer (SBN 272830)
*dzimmer@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
Fax.: +1 617 523 1231

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| OJMAR U.S., LLC,<br><br>Plaintiff,<br><br>v.<br><br>SECURITY PEOPLE, INC., and ASIL GOKCEBAY (a.k.a. BILL GORDON),<br><br>Defendants. | Case No. 4:16-cv-04948-HSG<br><br>**ORDER UNSEALING TRANSCRIPT FOR DEFENDANTS AND GOODWIN PROCTER, LLP**<br><br>Filed/Lodged Concurrently with:<br>1. Administrative Motion to Unseal Transcript to Send to Goodwin and Defendants<br>2. Declaration of Shauna E. Woods<br><br>Trial Date:    June 25, 2018 |

Goodwin Procter LLP ("Goodwin") and Defendants Security People, Inc. and Asil Gokcebay (collectively, "Defendants") ordered the transcript of the sealed portion of the hearing held on April 5, 2018. As Goodwin and Defendants were present during that portion of the hearing, the Court unseals that portion of the transcript for the purpose of sending it to both Goodwin and Defendants. The Court authorizes the court reporter, Ms. Raynee Mercado, to provide a copy of the transcript to Goodwin and Defendants' counsel.

The Court **GRANTS** Goodwin's Motion to Unseal the Transcript.

**IT IS SO ORDERED.**

Dated: April 12, 2018

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE