| | |
|---|---|
| RODERICK M. THOMPSON (SBN: 96192)<br>rthompson@fbm.com<br>JIM DAY (SBN: 197158)<br>jday@fbm.com<br>DANIEL C. CALLAWAY (SBN 262675)<br>dcallaway@fbm.com<br>NADIA C. ARID (SBN 312626)<br>narid@fbm.com<br>FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, California 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>DOUGLAS A. DONNELL (MI SBN: P33187)<br>*Admitted Pro Hac Vice*<br>ddonnell@mikameyers.com<br>MIKA MEYERS, PLC<br>900 Monroe, NW<br>Grand Rapids, MI 49503<br>Telephone: (616) 632-8000<br>Facsimile: (616) 632-8035<br><br>Attorneys for Plaintiff OJMAR U.S., LLC | CRAIG J. MARIAM (SBN: 225280)<br>cmariam@grsm.com<br>KARIN A. CURTIS (SBN: 308562)<br>kcurtis@grsm.com<br>GORDON REES SCULLY MANSUKHANI, LLP<br>633 W. Fifth Street, 52nd Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 576-5000<br>Facsimile: (877) 306-0043<br><br>MICHAEL D. KANACH (SBN: 271215)<br>mkanach@grsm.com<br>GORDON REES SCULLY MANSUKHANI, LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (415) 262-3726<br><br>P. GAVIN EASTGATE (*Pro Hac Vice* Admitted)<br>geastgate@grsm.com<br>GORDON REES SCULLY MANSUKHANI, LLP<br>707 Grant Street, Suite 3800<br>Pittsburgh, PA 15219<br>Telephone: (412) 995-5230<br>Facsimile: (412) 347-5461<br><br>Attorneys for Defendants SECURITY PEOPLE, INC., and ASIL GOKCEBAY (a.k.a. BILL GORDON) |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OJMAR U.S., LLC,<br><br>             Plaintiff,<br><br>vs.<br><br>SECURITY PEOPLE, INC., and ASIL GOKCEBAY (a.k.a. BILL GORDON), et al.,<br><br>             Defendants. | CASE NO. 4:16-cv-04948-HSG<br><br>**JOINT STIPULATED DISMISSAL WITH PREJUDICE**<br><br>Trial Date: June 25, 2018<br>Dept.: Courtroom 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ojmar U.S., LLC and Defendants Security People, Inc., d.b.a. Digilock and Asil Gokcebay a.k.a. Bill Gordon (collectively, the "Parties") stipulate as follows:

///

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

WHEREAS, on May 23, 2018, the Parties attended a settlement conference with Judge Sallie Kim. Dkt. No. 231. Subsequently, the Parties reached a settlement agreement, which was read onto the record with Judge Sallie Kim on June 19, 2018. Dkt. No. 270.

WHEREAS, the Court held a follow-up telephone conference with the Parties the following day, where the Parties informed the Court that a stipulated dismissal will be e-filed by June 27, 2018. Dkt. No. 275. The Court therefore entered a conditional order of dismissal. Dkt. No. 276.

WHEREAS, the Parties agree that the U.S. District Court in the Northern District of California shall retain jurisdiction of any action to enforce and/or interpret the terms of the settlement agreement.

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby stipulate and agree to the dismissal of this action with prejudice, including all claims and counterclaims stated herein against any and all parties, with each party bearing its own attorneys' fees and costs.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Respectfully submitted,

Dated: June 27, 2018         FARELLA BRAUN AND MARTEL LLP

By: : */s/ Jim Day*
　　　RODERICK M. THOMPSON
　　　JIM DAY
　　　DANIEL CHILTON CALLAWAY
　　　NADIA C. ARID
　　　Attorney for Plaintiff
　　　OJMAR US, LLC

Dated: June 27, 2018         GORDON REES SCULLY MANSUKHANI, LLP

By:　*/s/ Michael D. Kanach*
　　　CRAIG J. MARIAM
　　　MICHAEL D. KANACH
　　　P. GAVIN EASTGATE (*Pro Hac Vice* Admitted)
　　　KARIN A. CURTIS
　　　Attorneys for Defendants
　　　SECURITY PEOPLE, INC., and
　　　ASIL GOKCEBAY (a.k.a. BILL GORDON)

**ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from the other Signatory, which shall serve in lieu of their signature on the document.

Dated: June 27, 2018  GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Michael D. Kanach
CRAIG J. MARIAM
MICHAEL D. KANACH
P. GAVIN EASTGATE
(*Pro Hac Vice* Admitted)
KARIN A. CURTIS
Attorneys for Defendants
SECURITY PEOPLE, INC., and
ASIL GOKCEBAY (a.k.a. BILL GORDON)

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION IS HEREBY DISMISSED WITH PREJUDICE as to all claims, counterclaims, and Parties, with each Party bearing its own attorney's fees and costs. The U.S. District Court in the Northern District of California shall retain jurisdiction to enforce and/or interpret the terms of the settlement agreement. The Clerk is directed to close the file.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 28, 2018

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE
Hon. Haywood S. Gilliam, Jr.